**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHRISTA LOMAZZO,
Plaintiff,
v.
UNITED STATES OF AMERICA,
Defendant.

Case No. Case: 4:26−cv−13395
Assigned To : Behm, F. Kay
Referral Judge: Grand, David R.
Assign. Date : 9/8/2026
Description: CMP Lomazzo v. USA (jo)

---

## COMPLAINT FOR TAX REFUND

Plaintiff, Christa Lomazzo, appearing pro se, brings this action against the Defendant, United States of America, seeking the recovery of federal income taxes erroneously and illegally withheld by the Internal Revenue Service (IRS), and in support alleges as follows:

### JURISDICTION AND VENUE

1. This Court has concurrent jurisdiction over this action pursuant to **28 U.S.C. § 1346(a)(1) and 26 U.S.C. § 7422.**
2. Venue is proper in this judicial district pursuant to **28 U.S.C. § 1402(a)(1)** because Plaintiff maintains their permanent legal address and homestead exemption within Ira Township, Michigan 48023, inside the geographic boundaries of this Court.

### FACTUAL ALLEGATIONS

1. On or about **January 26, 2026**, Plaintiff timely filed a federal individual income tax return for the tax year, demonstrating a line-by-line overpayment and an entitlement to a tax refund in the amount of **$25,210.60.**
2. More than six months have elapsed since the submission of Plaintiff's administrative claim for a refund.
3. The IRS has neither issued the requested refund nor provided a formal notice of disallowance, thereby exhausting all administrative remedies required under **26 U.S.C. § 6532(a)(1).**

4. Despite extensive administrative follow-ups, including daily faxes and Form 911 submissions to the Taxpayer Advocate Service, Requesting assistance from Senator Slotkin's Office since April 1st, the Defendant continues to illegally withhold Plaintiff's property.

**PRAYER FOR RELIEF WHEREFORE**, Plaintiff respectfully requests that this Court enter judgment in her favor and against Defendant, ordering the immediate release and direct deposit of Plaintiff's tax refund of $25,210.60, plus statutory interest, and any such further relief as the Court deems just.

Respectfully submitted,

**/s/ Christa Lomazzo**

Plaintiff - pro se
Christa Lomazzo
3010 Amanda St
Punta Gorda, FL 33950
catoward@gmail.com
586-855-9919 - Not currently operational

# EXHIBITS

# EXHIBIT A - Transcript

Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Form 1040 Account Transcript

| | |
|---|---|
| Request Date: | 08-07-2026 |
| Response Date: | 08-07-2026 |
| Tracking Number: | 111055471031 |

| | |
|---|---|
| Form Number: | 1040 |
| Report for Tax Period Ending: | 12-31-2025 |
| Taxpayer Identification Number: | XXX-XX-7712 |

CHRI LOMA
% CHRI LOMA
7833 W

--- Any minus sign shown below signifies a credit amount ---

| | | | |
|---|---|---|---|
| Account balance: | -$24,914.00 | | |
| Accrued interest: | $0.00 | As of: | 08-24-2026 |
| Accrued penalty: | $0.00 | As of: | 08-24-2026 |
| Account balance plus accruals (this is not a payoff amount): | -$24,914.00 | | |

** Information from the return or as adjusted **

| | |
|---|---|
| Exemptions: | 01 |
| Filing status: | Single |
| Adjusted gross income: | $80,921.00 |
| Taxable income: | $20,032.00 |
| Tax per return: | $0.00 |
| SE taxable income taxpayer: | $0.00 |
| SE taxable income spouse: | $0.00 |
| Total self employment tax: | $0.00 |
| Return due date or return received date (whichever is later): | 04-15-2026 |
| Processing date: | 06-22-2026 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed<br>79211-426-17281-6 | 20262204 | 06-22-2026 | $0.00 |
| 806 | W-2 or 1099 withholding | | 04-15-2026 | -$24,914.00 |
| 810 | Refund freeze | | 03-05-2026 | $0.00 |
| 570 | Additional account action pending | | 06-22-2026 | $0.00 |
| 971 | Notice issued<br>CP 0005 | | 06-22-2026 | $0.00 |
| 811 | Removed refund freeze | | 06-15-2026 | $0.00 |
| 571 | Resolved additional account action | | 07-20-2026 | $0.00 |
| 846 | Refund issued | | 07-20-2026 | $25,210.60 |
| 776 | Interest credited to your account | | 07-20-2026 | -$296.60 |
| 740 | Undelivered refund returned to IRS | | 07-20-2026 | -$25,210.60 |
| 777 | Reduced or removed interest credited to your account | | 07-20-2026 | $296.60 |

This Product Contains Sensitive Taxpayer Data